# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **First States Realty Corp., LLC**
Debtor(s)

Case No. _____
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **First States Realty Corp., LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Allerand Holdings, LLC**
1000 Brickell Ave.
Suite 720
Miami, FL 33131

**Allerand Realty Holdings LLC**
1000 Brickell Ave
Suite 720
Miami, FL 33131

☐ None [*Check if applicable*]

09/16/2024
Date

/s/ Ronald S. Gellert
**Ronald S. Gellert**
Signature of Attorney or Litigant
Counsel for **First States Realty Corp., LLC**
**Gellert Seitz Busenkell & Brown, LLC**
901 Market Street, Suite 3020
3rd Floor
Philadelphia, PA 19107
**(302) 425-5806**
rgellert@gsbblaw.com