# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

FIRST STATES REALTY CORP., LLC,

Debtor

Chapter 11

Case No.: 24-13283-pmm

## PROPOSED ORDER

AND NOW, this 6th day of __November__, 2024, upon consideration of Citizens Bank, N.A.'s Motion to Place under Seal Exhibits referenced in its Objection to Debtor's Motion to Assume Lease [Exhibits to be placed under seal are: Exhibits 3, 4, 5, 6, 7, 9, 10, 11, 12, 14, 20, 21, 22, 23, 24, 25, 26, 27, 30 and 41], it is hereby ORDERED that Citizens' Motion is GRANTED, and Citizens is directed to provide the confidential Exhibits directly to the Court and other interested parties.

BY THE COURT:

_/s/ Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge

279432114